DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| | | | |
|---|---|---|---|
| 001P13-3 | Elizabeth Townes Homeowners Association, Inc. and the Elizabeth Townes Board of Directors v. Jane Brawley Jordan, Betty M. Brawley, and Bobby P. Brawley | Def's (Jane Brawley Jordan) *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | Denied |
| 002P14 | In the Matter of: P.B.B. | 1. Petitioners' (Bonds) Petition for Discretionary Review Prior to Determination by the Court of Appeals<br><br>2. Petitioners' (Bonds) Motion to Amend Petition for Discretionary Review | 1. Denied **01/27/2014**<br><br>2. Allowed **01/08/2014** |
| 007P14 | State v. James Christopher Gatewood | 1. State's Motion for Temporary Stay (COA13-669)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/07/2014** Dissolved **03/06/2014**<br><br>2. Denied<br><br>3. Dismissed |
| 008P14 | High Point Bank and Trust Company v. Highmark Properties, LLC, Mitchell Blevins, Cynthia Blevins, Charles Williams, and Janice Williams | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-331)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br>2. Allowed |
| 013P14 | State v. Etheridge Everett Grubb, III | Def's PDR Under N.C.G.S. § 7A-31 (COA13-625) | Denied |
| 014P14 | In Re: A.D.N., a Minor Child | 1. Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA13-709)<br><br>2. Respondent-Mother's Motion for Leave to Amend PDR | 1. Denied<br><br>2. Denied |